# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ST. JOSEPH TERRACE APARTMENTS, | ) | |
| L.L.C., a Nebraska corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:09CV176 |
| | ) | |
| U.S. NATURAL RESOURCES, INC. d/b/a | ) | ORDER |
| FRIEDRICH AIR CONDITIONING AND | ) | |
| REFRIGERATION CO., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the magistrate judge on the plaintiff's "Motion to Compel & Request for Award of Costs" (Filing 15). The motion is not in the form required by the local rules of practice, which require the moving party to "include in the motion or an attachment a verbatim recitation of each interrogatory, request, answer, response, or objection that is a subject of the motion." NECivR 7.0.1(i)(2). The plaintiff did not provide the necessary information, and the court will not compel discovery without being given the opportunity to review the discovery requests at issue.

**IT IS ORDERED** that plaintiff's Motion to Compel (Filing 15) is denied, without prejudice to reassertion on or before **January 11, 2010** with all of the information required by NECivR 7.0.1.

DATED January 6, 2010.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**