# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ST. JOSEPH TERRACE APARTMENTS, L.L.C., a Nebraska Corporation,** | **CASE NO. 8:09CV176** |
| **Plaintiff,** | |
| vs. | **ORDER IN LIMINE** |
| **U.S. NATURAL RESOURCES, INC. d/b/a FRIEDRICH AIR CONDITIONING AND REFRIGERATION CO., a Foreign Corporation,** | |
| **Defendant.** | |

This matter is before the Court on the Defendant, U.S. Natural Resources, Inc. d/b/a Friedrich Air Conditioning and Refrigeration Co.'s Motion in Limine (Filing No. 59). Having been advised in the premises,

IT IS ORDERED:

1. Plaintiff is precluded, in limine, from mentioning, making reference to, eliciting testimony regarding, or offering evidence of:

    (a) Plaintiff's damages that have not been previously disclosed to Defendant during discovery;

    (b) Speculative damages which the Plaintiff is not reasonably certain to incur;

    (c) The financial status of any party in this action; and

    (d) Any expert opinion that is outside the scope of the expert's written opinion produced during discovery; and

2. The Motion in Limine is otherwise denied, without prejudice to the Defendant asserting objections at the time of trial.

DATED this 19th day of November, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge