# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ST. JOSEPH TERRACE APARTMENTS, L.L.C., a Nebraska Corporation, | CASE NO. 8:09CV176 |
| Plaintiff, | |
| vs. | ORDER |
| U.S. NATURAL RESOURCES, INC. d/b/a FRIEDRICH AIR CONDITIONING AND REFRIGERATION CO., a Foreign Corporation, | |
| Defendant. | |

Upon notice given to the District Judge on December 1, 2010, by the Plaintiff that the above-captioned case has settled,

**IT IS ORDERED**:

1. On or before January 4, 2011, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order that will fully dispose of the case. If the case is being dismissed, then the stipulation shall comply with Fed. R. Civ. P. 41(a)(2), and shall state whether the dismissal is with or without prejudice;

2. Any pending motions and stipulations are denied as moot; and

3. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 41.1.

DATED this 1st day of December, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge